IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDWARD FRAZIER, #157844, | ) |
| Plaintiff, | ) |
| v. | ) CIV. ACT. NO. 3:12cv1000-TMH |
| | ) (WO) |
| THOMAS A. CRAWFORD, *et al.*, | ) |
| Defendants. | ) |

**OPINION and ORDER**

On February 13, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 16). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The plaintiff's claims against defendant Thomas A. Crawford be and are hereby DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. Defendant Crawford be and is hereby DISMISSED as a defendant in this cause of action; and

4. This case, with regard to the remaining defendants, be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

Done this the 15th day of March, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE